UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

O R D E R

IT IS ORDERED that the following motions noticed for submission/hearing on **JULY 31, 2013**, will be considered on the briefs.

| | |
|---|---|
| 11-2963 | JANE DOE, ET AL V ORE DUCKWORTH, ET AL<br>Motion by Ore Duckworth and Duckworth Properties, LLC for summary judgment (40)<br>Motion by Jane Doe and the Greater New Orleans Fair Housing Action Center in limine to exclude medical records and related testimony (44) |
| 12-2387 | JOLIE DESIGN & DECO,R, INC., ET AL V CECE CALDWELL'S PAINTS, LLC, ET AL<br>Motion by Dallas Faux Finishing, LLC to vacate clerk's entry of default (41) |
| 13-0273 | LLOYD ANDEL V CITY OF MANDEVILLE, ET AL<br>Motion by Percy S. Richard, III and Ronald W. Ruple to dismiss (8) |
| 13-0344 | CHRISTY ANDREWS, ET AL V PELLA CORPORATION, ET AL<br>Motion by Pella Corporation to dismiss first amended complaint pursuant to Fed. R. Civ. P. 8, 9(b) and 12(b)(6) (27) |
| 13-0509 | WANDA TIPTON V GAYLE REYNOLDS<br>Motion by Gayle Reynolds to dismiss for failure to comply with Court order pursuant to FRCP Rule 41(b) and/or motion to strike plaintiff's complaint under FRCP Rule 12(e) (13) |
| 13-0744 | RAIN CII CARBON LLC V PHILLIPS 66 COMPANY<br>Motion by Phillips 66 Company to dismiss or, alternatively, stay pending arbitration (9) |
| 13-2989 | C'S DISCOUNT PHARMACY, INC., ET AL V LOUISIANA CVS PHARMACY, L.L.C.<br>Motion by C's Discount Pharmacy, Inc. and Ciolino Pharmacy, Inc. for summary judgment (9)<br>Cross-Motion by Louisiana CVS Pharmacy, LLC for summary judgment (16)<br>Motion by C's Discount Pharmacy, Inc. and Ciolino Pharmacy, Inc. For summary judgment as to CVS's counterclaim (28) |
| 13-4765 | RONALD R. CAIRE, SR. V MURPHY OIL USA, INC., ET AL<br>Motion by Ronald R. Caire, Sr. to remand [to the 34th Judicial District Court for St. Bernard Parish, Louisiana] (5) |

New Orleans, Louisiana, this 26th day of July 2013.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE