UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LLOYD ANDEL**<br>    **Plaintiff** | **CIVIL ACTION NO.: 13-273** |
| | **SECTION: "C"** |
| **VERSUS** | |
| | **MAGISTRATE: 2** |
| **CITY OF MANDEVILLE, ET AL**<br>    **Defendants** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO DISMISS PLAINTIFF'S
CLAIM FOR VIOLATION OF FOURTEENTH AMENDMENT**

NOW COME Defendants, Percy S. Richard, III ("Richard") and Ronald W. Ruple ("Ruple"), in their official and individual capacities, who respectfully file this motion to dismiss pursuant to and as a result of Plaintiff's failure to comply with this Honorable Court Order issued September 23, 2013 (Doc. 20), wherein the Plaintiff was specifically given ten days from the issuance of the order to amend his complaint to specify his allegations against the defendants under the Fourteenth Amendment. The Defendants, Richard and Ruple, move this Honorable Court to dismiss the Plaintiff's allegations raised under the Fourteenth Amendment, because Plaintiff failed to amend his complaint within ten days of the Order issued September 13, 2013. For these reasons and the reasons set forth more fully in the attached memorandum filed in support of this motion, the Defendants, Percy S. Richard, III and Ronald W. Ruple in their individual and official capacities, move this Court for an Order dismissing the Plaintiff's Fourteenth Amendment claims raised against Richard and Ruple with prejudice.

Respectfully submitted,

NIELSEN, CARTER & TREAS, L.L.C.

 */s/ Keith M. Detweiler*
Keith M. Detweiler, La.S.B. # 20784
John D. Carter La. S.B. #24334
Gerald J. Nielsen La.S.B. #17078
3838 N. Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
P: (504)837-2500
F: (504) 832-9165
Email: kdetweiler@nct_law.com
Counsel for Defendants, Percy S. Richard, III and Ronald W. Ruple

And
Michael F. Weiner
Attorney at Law, LLC
510 N. Jefferson Ave
Covington, Louisiana 70433
Tel: 985.875.7710
Fax: 985.259.8816
Email: mweiner@mfweiner.com
Counsel for Defendant, Percy S. Richard, III, in his individual capacity

And

Laurie M. Pennison, Esq.
Attorney at Law
895 Park Avenue
Mandeville, LA 70448
Tel: (985) 951-1069
Fax: (985) 249-2330
laurie.pennison@att.net
Counsel for Ronald W. Ruple, in his individual capacity

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of November, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record**.**

                                           */s/ Keith M. Detweiler*
                                           Keith M. Detweiler