UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LLOYD ANDEL**<br>      **Plaintiff** | **CIVIL ACTION NO.: 13-273** |
| **VERSUS** | **SECTION: "C"** |
| **CITY OF MANDEVILLE, ET AL**<br>      **Defendants** | **MAGISTRATE: 2** |

*****************************************************************************

MAY IT PLEASE THE COURT

### MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S CLAIM FOR VIOLATION OF FOURTEENTH AMENDMENT

NOW COME Defendants, Percy S. Richard, III ("Richard") and Ronald W. Ruple ("Ruple"), in their official and individual capacities, who respectfully file this memorandum in support of their motion to dismiss pursuant to and as a result of Plaintiff's failure to comply with this Honorable Court's Order issued September 23, 2013 (Doc. 20), wherein the Plaintiff was specifically given ten days from the issuance of the order to amend his complaint to specify his allegations against the defendants under the Fourteenth Amendment, as further set forth below:

On July 11, 2013, the Defendants filed a motion to dismiss all claims raised against them by the Plaintiff, pursuant to Rule 12 (b)(6) of the Federal Rules of Civil Procedure. (Doc. 7)

On September 23, 2013, this Honorable Court issued an Order on the Defendants' motion to dismiss wherein the Plaintiff was specifically given ten days from the issuance of the order to amend his complaint to specify his allegations against the defendants under the Fourteenth Amendment. (Doc. 20)

Forty-two (42) days have passed since the Court issued its order and Plaintiff has failed to amend his complaint as instructed to do so by the Court.

As a result of the foregoing, the Defendants, Richard and Ruple, hereby move this Honorable Court to dismiss the Plaintiff's allegations raised against Richard and Ruple under the Fourteenth Amendment, because Plaintiff has failed to comply with this Court's order that he amend his complaint within ten days of the Order issued on September 23, 2013.

WHEREFORE, as a result of the Plaintiff's failure to comply with this Honorable Court's Order issued September 23, 2013 and failure to amend his Complaint regarding the claims raised against Richard and Ruple under the Fourteenth Amendment, the Defendants, Percy S. Richard, III and Ronald W. Ruple in their individual and official capacities, respectfully pray that their motion to dismiss will be granted, and that this Honorable Court issue an Order dismissing the Plaintiff's Fourteenth Amendment claims raised against Richard and Ruple with prejudice.

Respectfully submitted,

NIELSEN, CARTER & TREAS, L.L.C.

 /s/ Keith M. Detweiler
Keith M. Detweiler, La.S.B. # 20784
John D. Carter La. S.B. #24334
Gerald J. Nielsen La.S.B. #17078
3838 N. Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
P: (504)837-2500
F: (504) 832-9165
Counsel for Defendants, Percy S. Richard, III and Ronald W. Ruple

And
Michael F. Weiner
Attorney at Law, LLC
510 N. Jefferson Ave
Covington, Louisiana 70433
Tel: 985.875.7710
Fax: 985.259.8816
Counsel for Defendant, Percy S. Richard, III, in his

        individual capacity

        And

        Laurie M. Pennison, Esq.
        Attorney at Law
        895 Park Avenue
        Mandeville, LA 70448
        Tel: (985) 951-1069
        Fax: (985) 249-2330
        Counsel for Ronald W. Ruple, in his individual capacity

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of November, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record**.**

        */s/ Keith M. Detweiler*
        Keith M. Detweiler