UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LLOYD ANDEL**<br>    Plaintiff | **CIVIL ACTION NO.: 13-273** |
| | **SECTION: "C"** |
| **VERSUS** | |
| | **MAGISTRATE: 2** |
| **CITY OF MANDEVILLE, ET AL**<br>    Defendants | |

*************************************************************************

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE:

That the attached Motion to Dismiss will be submitted for consideration by the Honorable District Judge Helen G. Berrigan, on the 20th day of November, 2013, at the United States District Courthouse located at New Orleans, Louisiana.

        Respectfully submitted,

        NIELSEN, CARTER & TREAS, L.L.C.

        */s/ Keith M. Detweiler*
        Keith M. Detweiler, La.S.B. # 20784
        John D. Carter La. S.B. #24334
        Gerald J. Nielsen La.S.B. #17078
        3838 N. Causeway Blvd., Suite 2850
        Metairie, Louisiana 70002
        P: (504)837-2500
        F: (504) 832-9165
        Counsel for Defendants, Percy S. Richard, III and Ronald W. Ruple

        And
        Michael F. Weiner
        Attorney at Law, LLC
        510 N. Jefferson Ave
        Covington, Louisiana 70433
        Tel: 985.875.7710
        Fax: 985.259.8816
        Counsel for Defendant, Percy S. Richard, III, in his individual capacity

        And

        Laurie M. Pennison, Esq.
        Attorney at Law
        895 Park Avenue
        Mandeville, LA 70448
        Tel: (985) 951-1069
        Fax: (985) 249-2330
        Counsel for Ronald W. Ruple, in his individual
        capacity

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 4th day of November, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record**.**

        */s/ Keith M. Detweiler*
        Keith M. Detweiler