UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LLOYD ANDEL**<br>    **Plaintiff** | **CIVIL ACTION NO.: 13-273** |
| | **SECTION: "C"** |
| **VERSUS** | |
| | **MAGISTRATE: 2** |
| **CITY OF MANDEVILLE, ET AL**<br>    **Defendants** | |

*****************************************************************************

## ORDER

Considering the foregoing Motion to Dismss Plaintiff's Claim for Violation of Fourteenth Amendment raised against Percy S. Richard, III and Ronald W. Ruple in their official and individual capacities;

IT IS HEREBY ORDERED that the Motion to Dismiss filed by the Defendants Percy S. Richard, III and Ronald W. Ruple in their official and individual capacities, is granted;

IT IS FURTHER ORDERED that all claims brought against the Defendants, Percy S. Richard, III and Ronald W. Ruple in their official and individual capacities, under the Fourteenth Amendment by the Plaintiff in this matter are hereby dismissed with prejudice and at the Plaintiff's costs.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE