UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CALL DOCKET DISPOSITION

      The following cases were called this date to show cause why they should not be dismissed for failure to prosecute.  After hearing, IT IS ORDERED that said cases be disposed of as indicated below:

12-2043      NICOLE REYES V JULIA PLACE CONDOMINIUMS HOMEOWNERS ASSOCIATION, INC., ET AL
As to Parkview Condominiums Homeowners Association, Inc. and Burgundy Belle Condominiums Homeowners Association, Inc.
**CASE NOT CALLED: PASSED FOR 30 DAYS.**

13-0273      LLOYD ANDEL V CITY OF MANDEVILLE, LOUISIANA, ET AL
As to Kay Chetta
**CASE CALLED: ORDERED DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE AS TO KAY CHETTA.**

13-0666      DEIDRA MIXON V MADISON INSURANCE COMPANY, ET AL
As to Harvest Haul Trucking LLC
**CASE NOT CALLED: DOCKET SATISFIED.**

13-0924      JOE HAND PROMOTIONS, INC. V TRACY L. RANSIER, ET AL
As to Third Party Defendant DirecTV, L.L.C.
**CASE NOT CALLED: PASSED FOR 30 DAYS.**

13-2512      AMANDA BURAS V ENERGY EXPRESS, LLC
**CASE NOT CALLED: DOCKET SATISFIED.**

13-4760      DREW BREES, ET AL V KEVIN HOUSER, ET AL
**CASE NOT CALLED: DOCKET SATISFIED.**

13-4804      RODNEY LEBLANC V LIG MARINE MANAGERS, INC., ET AL
**CASE NOT CALLED: PASSED FOR 30 DAYS.**

13-4873      TODD ROMERO V S & S MARINE, LLC, ET AL
As to S & S Marine, LLC
**CASE NOT CALLED: DOCKET SATISFIED.**

13-5109   DISCOVERY GAS TRANSMISSION, L.L.C. V GOLDENRANCH FARMS, LLC
          As to Golden Ranch Farms, LLC
          **CASE NOT CALLED: CASE CLOSED.**


13-5229   VIOLET HILL, ET AL V MICHAEL WARNER, ET AL
          **CASE NOT CALLED: DOCKET SATISFIED.**


13-5323   JOANNE DITCHARO, ETC., V STONEBRIDGE LIFE INSURANCE COMPANY, ET AL
          **CASE NOT CALLED: DOCKET SATISFIED.**


New Orleans, Louisiana, this 20th day of November, 2013.

                                         /s/ Helen G. Berrigan
                                         HELEN G. BERRIGAN
                                         UNITED STATES DISTRICT JUDGE


JS-10:  00:02