UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LLOYD ANDEL | CIVIL ACTION |
| VERSUS | NO. 13-0273 |
| CITY OF MANDEVILLE, LOUISIANA, ET AL | SECTION "C" 2 |

### SCHEDULING CONFERENCE NOTICE

A **SCHEDULING CONFERENCE** regarding this action will be held **BY TELEPHONE** on **THURSDAY, FEBRUARY 20, 2014,** at **10:30 a.m.**, for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates. The Court will initiate the telephone conference call and will be represented at the conference by its Case Manager.

TRIAL COUNSEL are to participate in this conference. If, however, you are unable for good cause to do so, another ATTORNEY in your office may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

Issued by:

 Kimberly A. County
Case Manager, Section "C"
(504) 589-7682

### NOTICE OF COMPLIANCE

COUNSEL ARE TO COMPLY WITH THE DISCLOSURE REQUIREMENTS OF RULE 26(a)(1) AND 26(f) AND LOCAL RULE 26 AND THE CORPORATE DISCLOSURE REQUIREMENTS OF F.R.C.P. 7.1. COUNSEL ARE TO BE PREPARED TO ANSWER THE ATTACHED QUESTIONS CONCERNING DISCLOSURE.

### NOTICE

COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO PARTICIPATE AS REQUIRED BY THIS NOTICE

## **IMPORTANT NOTICE TO COUNSEL**

## **COUNSEL MUST PARTICIPATE IN THIS CONFERENCE, A PARALEGAL OR SECRETARY MAY NOT BE SUBSTITUTED**

## **COUNSEL WILL BE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS REGARDING DISCLOSURE AT THE CONFERENCE:**

1. **Have all parties completed your Rule 26(a)(1) mandatory initial disclosures?**

2. **Have all parties stipulated that initial disclosures under Rule 26(a)(1) will <u>not</u> be made in this case?**

3. **Do any of the parties object to making Rule 26(a)(1) initial disclosures in this case?  WRITTEN OBJECTIONS <u>MUST</u> BE FILED 3 DAYS PRIOR TO THE SCHEDULING CONFERENCE.**

4. **Have the corporate parties filed their corporate disclosure statements?**